USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOKOLSKYFILM, INC.,

Plaintiff,

- against -

R TAILOR, LLC d/b/a REBECCA TAYLOR,

Defendant.

**26 Civ. 6123 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of two letters dated September 21, 2026, from plaintiff Sokolskyfilm, Inc. ("Plaintiff") and defendant R Tailor, LLC ("Defendant") respectively. (See Dkt. Nos. 9-10.)

The Court grants Plaintiff's request for leave to file an amended complaint within fourteen (14) days of this Order.

**SO ORDERED.**

Dated: 22 September 2026
New York, New York

Victor Marrero
U.S.D.J.